JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRI-SIGNAL INTEGRATION, INC., <br><br> Defendant. | CASE NO.: CV 10-4785 PA (JCGx) <br><br> Assigned to the Honorable Percy Anderson <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that pursuant to the "Stipulation for Dismissal With Prejudice" entered into by and between plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et. al., and defendant Tri-Signal Integration, Inc., the above-entitled action shall be dismissed, with prejudice. Each party shall to bear its own attorneys' fees and costs.

DATED: October 7, 2010   _____
UNITED STATES DISTRICT COURT JUDGE

CV 10-4785 PA - Proposed Order Granting Stip for Dismissal with Prejudice.doc        1        [Proposed] Order